# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-06-00310-CR
### NO. 03-06-00311-CR

**Phillip Ashcraft, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF HAYS COUNTY, 22ND JUDICIAL DISTRICT
## NOS. CR-04-252 & CR-04-253, HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was due January 29, 2007. The brief has not been received and appellant's retained attorney, Thomas Anthony Zakes, did not respond to this Court's notice that the brief is overdue.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether appellant is indigent, and, if he is not indigent, whether retained counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If necessary, the court shall appoint substitute counsel who will effectively represent appellant in this cause. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be

forwarded to the clerk of this Court for filing as a supplemental record no later than June 22, 2007. *See* Rule 38.8(b)(3).

_____

Bob Pemberton, Justice

Before Justices Patterson, Pemberton and Waldrop

Abated

Filed: May 24, 2007

Do Not Publish